United States District Court
Southern District of Texas
**ENTERED**
September 25, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALAK FUSTOK, individually and as trustee and d/b/a/ Abdel K. Fustok Life Insurance Trust and Abdel K. Fustok and Malak Fustok Joint Life Insurance Trust,<br><br>Plaintiff,<br><br>v.<br><br>MIDSOUTH BANK N.A., and AMERITAS LIFE INSURANCE CORP.,<br><br>Defendants. | CIVIL ACTION NO. 17-2275 |

### ORDER OF DISMISSAL AS TO AMERITAS LIFE INSURANCE CORP.

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice (Solely as to Defendant Ameritas Life Insurance Corp.), pursuant to Rule 41(a)(1)(A)(i), filed at Document No. 8. Accordingly, it is

ORDERED that Defendant Ameritas Life Insurance Corp., is DISMISSED without prejudice.

SIGNED at Houston, Texas, on September 25, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE