**LAW OFFICES OF**
# TOM F. COLEMAN

2 Sawmill Grove Ct.
The Woodlands, Texas 77380

**Tom F. Coleman**
*Attorney at Law*

(918) 760-9438 Office
(713) 523-2804 Facsimile

coleman.tom@gmail.com

July 2, 2018

Marilyn Flores, Case Manager
U.S. District Court
Southern District of Texas
United States Courthouse
515 Rusk Avenue
Houston, TX 77002

**Re:** *Malak Fustok, Trustee v. MidSouth Bank, N.A.*; **No. 4:17-CV-02275**; In the U.S. District Court for the Southern District of Texas.

Dear Ms. Flores,

    I represent the plaintiff, Malak Fustok, in the above styled case. This letter is to advise that at the Court ordered mediation the case was settled, and a proposed final judgment will be submitted to the Court for entry within ten (10) days.

    There is a Plaintiff's Motion for Partial Summary Judgment pending and by reason of the settlement, no further action or ruling on that motion is necessary.

    Please feel free to contact the undersigned if further details are needed, or with any questions regarding this matter. Thank you for your attention to this matter.

Respectfully,

_____/s/ Tom F Coleman_____
Tom F. Coleman
Texas Bar No. 04572000
*Attorney for Malak Fustok, Trustee*

Approved:

_____
*Attorney for Defendant MidSouth Bank, N.A.*