Case 4:17-cv-02275   Document 31   Filed on 07/05/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALAK FUSTOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2275 |
| | § | |
| MIDSOUTH BANK, N.A., | § | |
| | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 5TH day of July 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE